THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DERON J. RUFFIN, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:15-cv-159 (CAR) (CWH) |
| v. | : | |
| | : | |
| BRIAN OWENS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Recommendation of the United States Magistrate Judge to grant Plaintiff's Motion to voluntarily dismiss his case, as he no longer wishes to proceed with his claims. Defendants have not objected to the Recommendation, and they have not yet filed an answer or a motion for summary judgment. This Court agrees with the findings and conclusions of the Recommendation. Thus, the Recommendation [Doc. 28] is **ADOPTED AND MADE THE ORDER OF THE COURT**. Plaintiff's Motion to Voluntarily Dismiss the Case [Doc. 27] is **GRANTED**, and this case is hereby **DISMISSED without prejudice**.

**SO ORDERED**, this 10th day of February, 2016.

> S/ C. Ashley Royal
> C. ASHLEY ROYAL
> UNITED STATES DISTRICT JUDGE

SSH